Filed by: Fax
Date: 3-5-20
Time: 10:58
Deputy Clerk: [signature]
(SEE ATTACHED LOG)

FILED FOR RECORD 03/05/2020 15:09:07
Randi H. Prisco, DY CLERK
JEFFERSON PARISH, LA
835

**24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

NO. 804-873                                                                                   DIVISION " B "

### FRANKLIN CROSBY

### VERSUS

### JOHN DOE, PENN NATIONAL GAMING, INC., LOUISIANA –I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM D/B/A BOOMTOWN BELLE CASINO NEW ORLEANS, PINNACLE ENTERTAINMENT, INC. OF DELAWARE AND SERVICE COMPANIES, INC.

### PETITION FOR DAMAGES

The petition of **FRANKLIN CROSBY,** a person of the full age of majority and resident of the State of Louisiana, with respect represents claims for personal injuries as follows:

1.

Made defendants herein are:

A.   **JOHN DOE**, a person of the full age of majority and believed to be a resident of this Parish and State;

B.   **PENN NATIONAL GAMING, INC.**, a business authorized to do and doing business in this Parish and State,

C.   **LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM D/B/A BOOMTOWN BELLE CASINO NEW ORLEANS** a business authorized to do and doing business in this Parish and State,

D.   **PINNACLE ENTERTAINMENT, INC. OF DELAWARE**, a foreign business authorized to do and doing business in this Parish and State;

E.   **SERVICE COMPANIES, INC.**, a domestic business authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

2.

Defendants herein are jointly and in solido liable and indebted unto petitioner for such damages as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

3.

On or about May 29, 2019, an incident occurred at the **BOOMTOWN BELLE CASINO NEW ORLEANS** located on Peters Road, in Harvey, Louisiana. **FRANKLIN CROSBY** was walking and slipped on a substance on the floor in the men's restroom. Said accident caused severe and disabling injuries to plaintiff, **FRANKLIN CROSBY**.

4.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendants, **JOHN DOE, PENN NATIONAL GAMING, INC., LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM D/B/A BOOMTOWN BELLE CASINO NEW ORLEANS, PINNACLE ENTERTAINMENT, INC. OF DELAWARE, AND SERVICE COMPANIES, INC.** through its agents and employees, which is attributed to but not limited to the following non-exclusive particulars:

   **a)** Failure to keep the premises in a safe condition;

   **b)** Failure to remedy an unsafe condition;

   **c)** Failure to instruct their employees as to the proper maintenance of the facility;

   **d)** Failure to warn patrons of an unsafe condition;

   **e)** Defendant knew or should have known of hazardous condition;

   f) Any and all other acts of negligence, which may be proven at the trial of this matter.

5.

As a result of the above referenced accident and negligence of the defendants, plaintiff **FRANKLIN CROSBY** suffered severe and disabling injuries and asserts to the Court that the damages exceeds this Court's jurisdiction, but which needs to be determined by this Court at the trial in the following particulars:

   a) Past, present, and future mental and physical pain and suffering;

   b) Past, present, and future medical expenses;

   c) Past, present and future pain, suffering, and mental anguish and emotional distress;

   d) Permanent damage and disability;

   e) Loss of enjoyment of life;

   f) Loss of income;

   g) Past, present, and future loss of wages; and

   h) Such other elements of damages which will be more fully shown at a trial on the merits.

6.

Upon information and belief, it is alleged that at all times material hereto **BOOMTOWN BELLE CASINO NEW ORLEANS** was/is owned and operated by **PENN NATIONAL GAMING, INC., LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM D/B/A BOOMTOWN BELLE CASINO NEW ORLEANS, PINNACLE ENTERTAINMENT, INC. OF DELAWARE** and as such is liable for all damages as explained **PENN NATIONAL GAMING, INC., LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM D/B/A BOOMTOWN BELLE CASINO NEW ORLEANS, PINNACLE ENTERTAINMENT, INC. OF DELAWARE, AND SERVICE COMPANIES, INC.** of within.

7.

Upon information and belief, it is alleged that all times material hereto, was **PENN NATIONAL GAMING, INC., LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM D/B/A BOOMTOWN BELLE CASINO NEW ORLEANS, PINNACLE ENTERTAINMENT, INC. OF DELAWARE AND SERVICE COMPANIES, INC.** self insured and provided coverage for this type of loss sued upon herein, thus rendering defendant liable unto petitioner.

8.

At all times material hereto, **JOHN DOE** was acting within the course and scope of his employment and failed to adequately maintain and/or inspect the area in question and as such is liable for the action/inaction of their **PENN NATIONAL GAMING, INC., LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM D/B/A BOOMTOWN BELLE CASINO NEW ORLEANS, PINNACLE ENTERTAINMENT, INC. OF DELAWARE AND SERVICE COMPANIES, INC.** agents and employees under Respondeat Superior.

**WHEREFORE**, petitioner prays that defendants be duly cited and served with a copy of this petition and, after all due proceedings are had, there be a judgment in favor of petitioner and against the defendants, **PENN NATIONAL GAMING, INC., JOHN DOE LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM D/B/A BOOMTOWN BELLE CASINO NEW ORLEANS, PINNACLE ENTERTAINMENT, INC. OF DELAWARE AND SERVICE COMPANIES, INC.** jointly and in solido in amounts as are reasonable in the premises, including

past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, medical expenses, loss of past earnings, loss of future earning capacity, and permanent disability of the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully Submitted:

Alvendia, Kelly & Demarest LLC

*[signature]*

JEANNE K. DEMAREST, 23032
J. BART KELLY III, 24488
RODERICK "RICO" ALVENDIA, 25554
KURT A. OFFNER, 28176
JOHN M. ZAZULAK, II. 38452
JENNIFER KUECHMANN, 36886
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001

*ATTORNEYS FOR PLAINTIFFS*

PLEASE SERVE:

PENN NATIONAL GAMING, INC.
THROUGH ITS AGENT FOR SERVICE OF PROCESS
C T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

Ck# 026562
$ 78.32 EBRS.

LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM
THROUGH ITS AGENT FOR SERVICE OF PROCESS (*VIA LONG-ARM SERVICE*)
DONNA S. NEGROTTO
3980 HOWARD HUGHES PKWY.
LAS VEGAS, NV 89169

PINNACLE ENTERTAINMENT, INC. OF DELAWARE
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

SERVICE COMPANIES, INC.
THROUGH ITS AGENT FOR SERVICE OF PROCESS
JOHN T. SCOTT
1900 N. 18TH STREET, SUITE 700
MONROE, LA 71201

JOHN DOE (withhold service)